## Commonwealth *v.* Segal, Appellant.

 Submitted November 13, 1970. *Daniel W. Cooper,* and *Gatz, Cohen & O'Brien,* for appellant; *James C. Tosh,* Assistant District Attorney, and *John G. Good, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.